UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SHAKIRA WILLIAMS,　　　　　　　　　　　　　　　　JUDGMENT
(By her Mother, Louise Williams)　　　　　　　　　　　　06-C-V-0390 (JG)

　　　　　　　　　　Plaintiff,

　　-against-　　　　　　　　　　　　　　　　　　　**FILED**
　　　　　　　　　　　　　　　　　　　　　　　　IN CLERK'S OFFICE
　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT E.D.N.Y.
JO ANNE B. BARNHART,
Commissioner of Social Security,　　　　　　　　　★ JUL 3 / 2006 ★

　　　　　　　　　　　　　　　　　　　　　　　　**BROOKLYN OFFICE**
　　　　　　　　　　Defendant.
----------------------------------------------------------------X

　　　　An Order of Honorable John Gleeson, United States District Judge, having been filed on July 26, 2006, reversing the decision of the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings; it is

　　　　ORDERED and ADJUDGED that the decision of the Commissioner is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings.


Dated: Brooklyn, New York
　　　　July 27, 2006　　　　　　　　　　　　　　s/Robert C. Heinemann
　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court